# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TAPOUT, LLC,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**a mens Tshirt,** *et al.,*<br><br>*Defendants.* | Civil Action No. 1:25-cv-3253-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TapouT, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Demotire.

Dated: October 27, 2025.

                                                   Respectfully submitted,
                                                   THE SLADKUS LAW GROUP

                                                   *s/ Carrie A. Hanlon*
                                                   Carrie A. Hanlon
                                                   Ga. Bar No. 289725
                                                   E-mail: carrie@sladlaw.com
                                                   Jason H. Cooper
                                                   Ga. Bar No. 778884
                                                   E-mail: jason@sladlaw.com
                                                   1397 Carroll Drive
                                                   Atlanta, GA 30318
                                                   Telephone: (404) 252-0900
                                                   Facsimile: (404) 252-0970
                                                   ***Attorneys for Plaintiff***